In the Matter of the Claim of JAMES D. HALL and Others, Appellants, against

THE CHATHAM ELECTRIC LIGHT, HEAT AND POWER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, without costs. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of GEORGE LIPCO, Respondent, against WHITE WRECKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.